Argued July 17, affirmed September 25, rehearing denied November 6, 1917.

## MACKIN v. NOAD.

(167 Pac. 585.)

From Multnomah: HENRY E. McGINN, Judge.

This is a suit in equity by Charles Mackin, Walter Mackay and Title & Trust Company, a corporation, as executors of the last will and testament of Richard Wilson, deceased, against Harry Noad, William Noad, Richard Noad, Max Noad, Isabelle Eyre, Hilda Couch, Esther B. Wilson, Charles Mackin, Lucilla O'Grady, St. Vincent's Hospital, an Oregon corporation, Precious Blood Convent, Sacred Heart Hospital, a Washington corporation, Providence Hospital, an Idaho corporation, St. Patrick's Hospital, a Montana

corporation, His Grace, Archbishop Alexander Christie, Archbishop of the Diocese of Oregon City, Oregon, The Sisters of the Holy Names of Jesus and Mary, The Society of Jesus, and Idaho Investment Company, a corporation, to obtain a construction of the above-mentioned will. The opinion rendered *In re Wilson's Estate,* 85 Or. 604, is approved, adopted and followed in this case so far as the construction of said will is involved. Affirmed.

For appellants (plaintiffs) there was a brief and an oral argument by *Mr. F. M. De Neffe.*

For respondent, Society of Jesus, there was a brief over the names of *Mr. J. Hennessy Murphy, Messrs. Emmons & Webster, Mr. Merwin Rankin* and *Mr. John C. Shillock,* with oral arguments by *Mr. Lionel R. Webster* and *Mr. Murphy.*

For respondents, Harry Noad, William Noad, Richard Noad, Max Noad, Isabella Eyre and Hilda Couch, there was a brief over the names of *Mr. C. A. Applegren, Mr. Arthur P. Tifft* and *Messrs. Meredith & Meredith,* with an oral argument by *Mr. Applegren.*

For respondent, Convent of the Precious Blood, there was a brief and an oral argument by *Mr. M. G. Munly.*

For respondents, Archbishop Alexander Christie, The Sisters of the Holy Names of Jesus and Mary, St. Vincent's Hospital, Sacred Heart Hospital, a Washington corporation, Providence Hospital, an Idaho corporation, and St. Patrick's Hospital, a Montana corporation, there was a brief over the name of

*Messrs. Stott & Collier,* with an oral argument by *Mr. Frank T. Collier.*

For respondent, Idaho Investment Company, there was a brief submitted over the name of *Mr. C. L. Whealdon.*

For respondent, Lucilla O'Grady, there was a brief over the names of *Mr. Hall S. Lusk* and *Messrs. Dolph, Mallory, Simon & Gearin,* with an oral argument by *Mr. Lusk.*

In Banc.   MR. JUSTICE BEAN delivered the opinion of the court.

The executors of the last will and testament of Richard Wilson, deceased, commenced a suit in equity against the above-named defendants, who were legatees under the will, to obtain a construction of the will in order to secure a determination of the ownership of certain personal property which was bequeathed by the will.   In an opinion rendered *In re Wilson's Estate,* 85 Or. 604, we have seen fit to construe the will in question and have passed upon the questions involved in this suit and no further consideration is required to be given the same.   The opinion in the matter of the estate is adopted as the opinion in this case in so far as the same questions are involved.   The costs in this suit should be paid as indicated in that opinion.

AFFIRMED.   REHEARING DENIED.

MR. JUSTICE MOORE took no part in the consideration of this case.